MARK R. CONRAD (CA Bar No. 255667)
  mconrad@conmetkane.com
FELIPE CORREDOR (CA Bar No. 295692)
  fcorredor@conmetkane.com
**CONRAD METLITZKY KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 343-7100

JAMES D. WEINBERGER (admitted *pro hac vice*)
  jweinberger@fzlz.com
DANIEL M. NUZZACI (admitted *pro hac vice*)
  dnuzzaci@fzlz.com
**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
151 West 42nd Street, 17th Floor
New York, New York 10036
Telephone: (212) 813-5900

*Attorneys for Plaintiff Athleta, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ATHLETA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SPORTS GROUP DENMARK A/S, <br><br> Defendant. | Case No. 4:22-cv-03192-JST <br><br> **STIPULATION AND [PROPOSED] ORDER TO ADJOURN INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** <br><br> Local Rule 6-2 |

1  WHEREAS, Plaintiff Athleta, Inc. ("Plaintiff") filed its Complaint in the above-captioned
2  matter on June 1, 2022 (ECF No. 1);
3  WHEREAS, the Court scheduled an Initial Case Management Conference for September
4  27, 2022 (ECF No. 18);
5  WHEREAS, on August 29, 2022, Plaintiff filed an administrative motion to continue the
6  Initial Case Management Conference (ECF No. 24);
7  WHEREAS, on August 30, 2022, the Court granted Plaintiff's administrative motion to
8  continue the Initial Case Management Conference and rescheduled the conference for December
9  13, 2022 (ECF No. 26);
10  WHEREAS, on November 4, 2022, Defendant Sports Group Denmark A/S ("Defendant")
11  filed a motion to dismiss for lack of personal jurisdiction and failure to state a claim (ECF No. 28,
12  "Defendant's Motion to Dismiss"), which set the motion hearing date for January 26, 2023;
13  WHEREAS, on November 15, 2022, the parties filed a stipulation and proposed order to
14  extend deadlines relating to Defendant's motion to dismiss and to adjourn initial case management
15  conference and related deadlines (ECF No. 29);
16  WHEREAS, on November 15, 2022, the Court granted the parties' stipulation and
17  continued the initial case management conference to April 11, 2023 (ECF No. 30);
18  WHEREAS, on December 2, 2022, Plaintiff filed its opposition to Defendant's motion to
19  dismiss (ECF No. 32);
20  WHEREAS, on December 16, 2022, Defendant filed its reply in support of its motion to
21  dismiss (ECF No. 38);
22  WHEREAS, on January 13, 2023, the Court filed a Clerk's Notice vacating the motion to
23  dismiss hearing (ECF No. 40);
24  WHEREAS, counsel for Plaintiff and Defendant have met and conferred regarding the
25  current date for the Initial Case Management Conference and jointly believe that an adjournment
26  of the Initial Case Management Conference (and related deadlines) is in the interest of conserving
27  the Court's limited resources – as well as those of the parties – as it would permit the Court to
28  resolve Defendant's now-fully briefed motion to dismiss prior to setting a case schedule and also

would allow the parties time to conduct a meaningful Rule 26(f) conference only after issue has been joined;

WHEREAS, pursuant to Local Rule 6-2(a), "the parties may file a stipulation . . . requesting an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules";

WHEREAS, pursuant to Local Rule 6-2(a), the stipulated request made herein is accompanied by the Declaration of Mark R. Conrad, dated March 20, 2023, in support hereof;

**NOW, THEREFORE**, Plaintiff and Defendant hereby stipulate and request that the Court enter an Order as follows:

1. The Initial Case Management Conference presently scheduled for April 11, 2023, shall be adjourned and reset for a date, subject to the Court's convenience and availability, to be determined after the Court issues a decision on Defendant's motion to dismiss.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: March 20, 2023 | CONRAD \| METLITZKY \| KANE LLP |
|  | */s/ Mark R. Conrad*<br>MARK R. CONRAD<br>*Attorneys for Plaintiff Athleta, Inc.* |
| DATED: March 20, 2023 | FROSS ZELNICK LEHRMAN & ZISSU, P.C. |
|  | */s/ James D. Weinberger*<br>JAMES D. WEINBERGER<br>*Attorneys for Plaintiff Athleta, Inc.* |
| DATED: March 20, 2023 | BEESON SKINNER BEVERLY, LLP |
|  | */s/ Arne M. Olson*<br>BRIAN BEVERLY<br>1 Kaiser Plaza, Suite 750<br>Oakland, California 94612<br>Telephone: (510) 832-8700 ext. 117<br>Email: bbeverl@bsbllp.com |
|  | *Of counsel*: |

OLSON & CEPURITIS, LTD.
Arne M. Olson
Kathryn E. Garipay
20 North Wacker Drive, 36th Floor
Chicago, Illinois 60606-3113
Email: *aolson@olsonip.com*, *kgaripay@olsonip.com*

*Attorneys for Defendant Sports Group Denmark A/S*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 21, 2023

_____
Honorable Jon S. Tigar
United States District Judge